**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Tracy VAUGHN, also known
as Chopper, Defendant–
Appellant**

No. 16–1060

United States Court of Appeals,
Eighth Circuit.

Submitted: August 19, 2016

Filed: August 24, 2016

---

1. The Honorable Karen E. Schreier, United States District Judge for the District of South Dakota.

Nancy A. Svoboda, Assistant U.S. Attorney, U.S. Attorney's Office, District of Nebraska, Omaha, NE, for Plaintiff–Appellee.

David R. Stickman, Federal Public Defender, Federal Public Defender's Office, Omaha, NE, for Defendant–Appellant.

Tracy Vaughn, Pro Se.

Before WOLLMAN, ARNOLD, MURPHY, Circuit Judges.

PER CURIAM.

Tracy Vaughn appeals after the district court[1] denied his motion for a sentence reduction under 18 U.S.C. § 3582(c)(2). After careful de novo review of the record, we find no reason to reverse the district court's denial of Vaughn's motion for a sentence reduction. See United States v. Logan, 710 F.3d 856, 857 (8th Cir. 2013) (appeals court reviews de novo district court's determination that movant was not eligible for reduction under § 3582(c)(2)).

Accordingly, the judgment is affirmed, see 8th Cir. R. 47B, and Vaughn's pro se objection to submission of this appeal without oral argument is denied.

---

1. The Honorable Laurie Smith Camp, Chief Judge, United States District Court for the District of Nebraska.